STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
CA 07-1432

JO L. ABRAHAM

VERSUS

STATE FARM INSURANCE COMPANY


**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2007-660
HONORABLE RICHARD BRYANT, JR., DISTRICT JUDGE


**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Oswald A. Decuir, Marc T. Amy, and Billy Howard Ezell, Judges.


AFFIRMED.

Terry L. Rowe
Attorney at Law
P. O. Box 3323
Lafayette, LA 70502
(337) 232-4744
Counsel for Defendant/Appellant:
    State Farm Fire & Casualty Insurance Company

Robert C. McCorquodale
Stutes, Fontenot, Lavergne & Lutz, LLC
713 Kirby Street
Lake Charles, LA 70601
(337) 433-0022
Counsel for Plaintiff/Appellee:
    Jo L. Abraham

**DECUIR, Judge.**

For the reasons assigned in the consolidated case entitled *White v. State Farm Insurance Company*, 07-1341 (La.App. 3 Cir. 05/ /08), _____ So.2d _____ , rendered this day, the judgment of the trial court is affirmed. Costs of this appeal are assessed to State Farm Fire & Casualty Company.

**AFFIRMED.**

1